# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § **CRIMINAL COMPLAINT** |
| vs. | § CASE NUMBER: DR:24-M -00720(1,2) |
| | § |
| (1) Javier Antonio Higuera-Parra | § |
| (2) Yohanderson Jesus Quintero-Quintero | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 13, 2024** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **Border Patrol Agent, Quezada, Emanuel** and that this complaint is based on the following facts: *"On March 23, 2024, Yhanderson Jesus, Quintero-Quintero and Javier Antonio Higuera-Parra were arrested near Carrizo Springs, Texas, for attempting to transport one illegal alien further into the United States. Defendant Quintero-Quitero was identified as the driver of a vehicle which was stopped by Border Patrol Agents for an immigration inspection, defendant HIGUERA-Parra was identified as the front seat passenger.*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ Quezada, Emanuel
Signature of Complainant
Quezada, Emanuel
Border Patrol Agent

03/14/2024                    at    DEL RIO, Texas
File Date                            City and State

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE          Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.    Case Number: DR:24-M -00720(1,2)

(1) Javier Antonio Higuera-Parra
(2) Yohanderson Jesus Quintero-Quintero

**Continuation of Statement of Facts:**

During the stop another occupant in the vehicle was determined to be illegally present in the United States. In post Miranda interviews, the defendants admitted to conspiring with each other and unidentified subjects to transport the illegal alien for monetary gain."

_____
Signature of Judicial Officer

/s/ Quezada, Emanuel
_____
Signature of Complainant